IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BIOTRONIK, INC.,** an Oregon corporation,

               Plaintiff,

    v.

**MEDTRONIC USA, INC.,** a Minnesota
corporation; and **MEDTRONIC, INC.,**
a Minnesota corporation;

             Defendants.

Case No.: 03:11-cv-00366-HU

**OPINION AND ORDER**

E. Sean Donohue
DONOHUE & ASSOCIATES
1625 Umpqua Bank Plaza
One S.W. Columbia Street
Portland, OR 97258-2021

    Attorney for Plaintiffs

Jeffrey M. Edelson
Matthew A. Levin
MARKOWITZ, HERBOLD, GLADE & MEHLHAF, P.C.
Suite 3000 Pacwest Center
1211 S.W. Fifth Avenue
Portland, OR 97204-3730

Jonathan S. Parritz
Nadege J. Souvenir
MASLON EDELMAN BORMAN & BRAND, LLC
90 S. 7th Street, Suite 3300
Minneapolis, MN  55402

    Attorneys for Defendants


**SIMON, District Judge.**

    Defendants have moved to stay this declaratory judgment action pending resolution of a related state court lawsuit in Minnesota involving the same parties and issues.  (Doc. #58.) Defendants have also moved for a protective order.  *Id.*  On February 27, 2012, United States Magistrate Judge Dennis Hubel granted Defendants' motion to stay and denied as moot Defendants' motion for a protective order.  (Doc. # 68.)  Plaintiff objects to Judge Hubel's order, which has been referred to me for immediate review on the current record.  After hearing the arguments of counsel and reviewing *de novo* Judge Hubel's order, I ADOPT that order for the reasons stated by Judge Hubel.

    IT IS SO ORDERED.

    DATED this 1st day of March, 2011.

                                    _____
                                      Michael H. Simon
                                    United States District Judge